UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THERYN RASHID JONES,<br><br>                        Plaintiff,<br><br>    -against-<br><br>PAMELA S. ROTH, ESQ,<br><br>                        Defendant. | 24-CV-499 (LTS)<br><br>CIVIL JUDGMENT |

      For the reasons stated in the January 25, 2024, order, this action is dismissed.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

  Dated:   January 25, 2024
              New York, New York

                                                              /s/ Laura Taylor Swain
                                                            LAURA TAYLOR SWAIN
                                              Chief United States District Judge